USCA1 Opinion

 

 April 29, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-2331 ALDALBERTO CALDERON DE JESUS, Plaintiff, Appellant, v. ESB GENERAL BATTERY CORPORATION, Defendant, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] ___________________ ___________________ Before Torruella, Selya and Stahl, Circuit Judges. ______________ ___________________ Fernado L. Gallardo and Woods & Woods on brief for ______________________ _______________ appellant. Goldman Antonetti Gordova & Axtmayer, Vicente J. Antonetti _____________________________________ ____________________ and Roberto A. Fernandez, on brief for appellee. ____________________ __________________ __________________ Per Curiam. Plaintiff claimed that his discharge __________ violated 1) 42 U.S.C. 1981, 2) 42 U.S.C. 1983, 3) Title VII, and 4) 29 L.P.R.A. 146. Defendant moved to dismiss the first two claims. The district court granted the motion, but dismissed the entire action. On appeal, plaintiff does not challenge the dismissal of the 1981 and 1983 claims, and defendant concedes that the Title VII claim was improperly dismissed. Seeing no basis for the dismissal of the Title VII claim, we affirm the dismissal of the 1981 and 1983 claims, but vacate the dismissal of the other claims and remand for further proceedings, including a determination by the district court whether to exercise pendent jurisdiction over the state law claim. Affirmed in part; vacated and remanded in part; no costs. -2-